# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS, | Case No. 5:20-cv-07208 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| SHERIFF LAURIE SMITH, et al., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Robert M. Illman to determine whether it is related to 1:15-cv-05277 RMI, *Brian Chavez, et al v. County of Santa Clara.*.

IT IS SO ORDERED.

Date:  October 26, 2020

Nathanael M. Cousins
United States Magistrate Judge