UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD HERSHIPS,

Plaintiff,

v.

STATE OF CALIFORNIA SUPERIOR
COURT, et al.,

Defendants.

Case No. 3:20-cv-07208-JD

**ORDER RE DISCOVERY STAY AND
MOTION TO SEAL**

Pro se plaintiff Herships' request to lift the discovery stay under General Order No. 56 in this Americans with Disabilities Act case, Dkt. No. 64, is denied. The case is still in the pleadings stage, and the Court just granted Herships' request to file a fourth amended complaint. Dkt. No. 68. It is too early for a summary judgment motion, as Herships proposes. To the extent Herships believes that defendants "have at all times refused to properly provide initial disclosures," Dkt. No. 64 at 4-5, he may file a discovery letter pursuant to the Court's standing order on discovery disputes.

Although not entirely clear on the docket, Herships appears to have filed a request to consider whether another party's material should be sealed. *See* Dkt. No. 66. The request is denied without prejudice as not properly presented or supported at this time.

**IT IS SO ORDERED.**

Dated: January 10, 2024

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California